# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

EDWARD DENNIS JENNINGS,

    **Plaintiff,**

v.

    Case No: 5:18-cv-300-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,

    **Defendant.**

# ORDER

THIS CAUSE comes for consideration on Plaintiff Edward Dennis Jennings's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying Plaintiff's application for Disability Insurance Benefits ("DIB") after proceedings before an Administrative Law Judge ("ALJ").[1] On May 10, 2019, Magistrate Philip R. Lammens issued a Report and Recommendation (the "Report and Recommendation") recommending that the Defendant's decision be affirmed (Doc. 23), to which Plaintiff timely filed objections (Doc. 24) and Commissioner filed a response (Doc. 25).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 2) to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 23) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 13.)

appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this __3__ day of June, 2019.

_____
**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record